# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DAVID ZDENEK

VERSUS

ACME TRUCK LINE, INC.,
VENBROOK INSURANCE SERVICES,
LLC, AND EDWARD VERON

NO.   2020 CW 1070

**DECEMBER 30, 2020**

In Re:   Acme Truck Line, Inc., Edward Veron and Hudson Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 678507.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's October 1, 2020 judgment denying relators Acme Truck Line, Inc., Edward Veron, and Hudson Insurance Company's motion to transfer for forum non conveniens is reversed and the motion is granted. Pursuant to Louisiana Code of Civil Procedure article 123, for the convenience of the parties and witnesses and in the interest of justice, a court may, upon contradictory motion, transfer a civil case to another court where it might have been brought. In this case, the trial court abused its discretion by denying the relators' motion to transfer for forum non conveniens. The convenience of the parties and witnesses and the interest of justice would be served by transferring the case to Jefferson Parish. **Holland v. Lincoln General Hospital,** 2010-0038 (La. 10/19/10), 48 So.3d 1050. The case is remanded to the trial court, which is instructed to transfer the matter to the Twenty-Fourth Judicial District Court for the Parish of Jefferson.

**JMG**
**PMc**

   **Lanier, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT